### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Randy Norwood (R24766), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20 C 7628 |
| | ) | |
| v. | ) | |
| | ) | Hon. John Z. Lee |
| City of Chicago, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

Plaintiff's second motion for an extension of time [19] to submit his amended complaint is granted. Failure to submit an amended complaint by November 29, 2021, will result in dismissal of this lawsuit.

Date: 10/28/21 /s/John Z. Lee